UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN CARLTON ROBERTS,

        Plaintiff,

v.                            Case No. 3:05-cv-242-J-99MCR

DEPUTY JOHN DOE,

        Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 20, 2005, the Court ordered Plaintiff to provide the Court with the name of Defendant John Doe so that the Court could direct service of process upon the Defendant. Further, the Court notified Plaintiff that failure to do so or explain noncompliance within thirty days of the order would result in the dismissal of this action without further notice. As of the date of this Order, Plaintiff has not responded.

Therefore, it is now

**ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice, and close this case.

3. The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on

the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In refiling, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $250.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of June, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

ps 6/24
c:
John Carlton Roberts

2